# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LYNN BRACKETT, | CASE NO. 1:13-cv-00375-LJO-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| T. HIGGINS et al., | |
| Defendants. | (Doc. 2) |

By a motion filed March 14, 2013, Plaintiff Billy Lynn Brackett seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:    March 23, 2013**                           _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE