# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BILLY LYNN BRACKETT,

Plaintiff,

v.

T. HIGGINS et al.,

Defendants.

/

CASE NO. 1:13-cv-00375-LJO-SMS

ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED *IN FORMA
PAUPERIS*

(Doc. 2)

By a motion filed March 14, 2013, Plaintiff Billy Lynn Brackett seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:    March 23, 2013**          _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE

1