# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILLY LYNN BRACKETT,

    Plaintiff,

v.

T. HIGGINS, Visalia Police department A245, et al.,

    Defendants.

**Case No. 1:13-cv-00375-LJO-SMS**

**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER**

**Doc. 4**

**RESPONSE DUE WITHIN FIFTEEN (15) DAYS**

Plaintiff Billy Lynn Brackett ("Plaintiff") proceeds *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, alleging that Defendants used excessive force in executing Plaintiff's arrest and demonstrated deliberate indifference to his medical needs. Plaintiff filed the Complaint in this action on March 14, 2013. Doc. 1.

On April 3, 2013, the Court dismissed the complaint for failure to state a claim and ordered Plaintiff to submit an amended complaint within thirty (30) days. Doc. 4. The order warned Plaintiff that failure to comply as directed might result in the dismissal of this action for failure to state a claim. Although more than thirty days have passed, Plaintiff has neither filed an amended complaint nor responded to the Court's order in any other way.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or

within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order.  Fed. R. Civ. P. 11; Local Rule 110.

Accordingly, the Court HEREBY ORDERS that:

1. within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order filed April 3, 2013;

2. the Clerk of Court shall mail a copy of this order to Plaintiff's address, as modified by Doc. 6, along with a copy of the Court's April 3, 2013 order (Doc. 4); and

3. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **December 4, 2013**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE